IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF LOUISIANA

**HEIDI OCKMAN**                               CIVIL ACTION NO.   21-629

    **Plaintiff**

**VERSUS**                                      JURY DEMAND

**TIMBER TRUCKING, LLC and**
**DARRYL MARSHALL**

    **Defendant**

## COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, **Heidi Ockman**, who respectfully represents as follows:

## PARTIES

1.

Plaintiff, **Heidi Ockman**, is a person of the full age of majority, who is a citizen of the Parish of Tangipahoa, State of Louisiana.

2.

Made Defendants herein are:

- A. **Timber Trucking, LLC**, a foreign limited liability company, incorporated in and having its principal place of business in the State of Mississippi. Its principal place of business is located at 4037 Highway 584, Osyka, Mississippi, 39657, and it is not authorized to do, but doing business in the State of Louisiana, and, upon information and belief, its sole member is Robert Wall, a citizen of Mississippi;

- B. **Darryl Marshall**, a person of the full age of majority domiciled in Magnolia, Mississippi.

## JURISDICTION AND VENUE

3.

This Court has jurisdiction over this dispute pursuant to 28 U.S.C. §1332 because Plaintiff is diverse in citizenship from the defendant, and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

4.

Pursuant to 28 U.S.C. §1391(b)(2), venue is proper in this Court because a substantial part of the events or omissions giving rise to the claims occurred in the Parish of Livingston, Louisiana, within the Middle District of Louisiana.

## FACTUAL BACKGROUND

5.

On or about May 29, 2021, Heidi Ockman was a passenger in a 2016 Jeep Wrangler owned and being operated by Taylor Thomas. The Jeep was heading north on LA 43 in Albany, Louisiana.

6.

At the same time, a 2017 Western 556 truck and trailer, owned by Timber Trucking, LLC and being operated by Darryl Marshall, was traveling south on LA 43.

7.

A tire on the trailer, owned by Timber Trucking, LLC and being operated by Darryl Marshall failed, came off the trailer, entered into the Jeep's lane of traffic, and hit the Jeep causing the Jeep to leave the roadway.

8.

At the time of the incident in which the tire from the rig he was operating came off, Darryl Marshall, was in the course and scope of his employment with Timber Trucking, LLC and was a

permissive user of the subject vehicle and equipment.

9.

As a result of the incident, Heidi Ockman, was thrust violently about the Jeep and sustained severe personal injuries, including but not limited to injuries to her shoulder, neck, and arm.

**DEFENDANT DARRYL MARSHALL**

10.

The accident was caused by the negligence and/or fault of Darryl Marshall, as follows:

1) Failing to maintain control of his vehicle and its appurtenances;
2) Failing to take due care to ensure that his vehicle was safe and roadworthy;
3) Failing to follow the traffic ordinances of the Parish of Livingston and the traffic laws State of Louisiana;
4) Failing to act carefully, prudently, and reasonably to avoid the incident;
5) Failing to take all appropriate measures; and
6) Failing to properly inspect and maintain the equipment he was using.

**DEFENDANT TIMBER TRUCKING, LLC**

11.

Defendant, Timber Trucking, LLC, as employer, is liable for the actions of its employee, Darryl Marshall, who was acting in the course and scope of his employment at the time of the incident giving rise to this litigation.

12.

In addition, defendant, Timber Trucking, LLC, an interstate transport carrier, is guilty of independent negligence in the following non-exclusive particulars:

1) Having custody or garde of defective equipment that caused the subject incident;
2) Failing to properly inspect, service, and maintain its vehicles, including the 2017 Western truck 556 and trailer;
3) Using and maintaining defective, hazardous, unsafe or unroadworthy equipment;
4) Failing to properly inspect their vehicles and equipment
5) Failing to property train and supervise its drivers like Darryl Marshall;
6) Failing to repair or replace its equipment;

    7)     Failing to have or implement appropriate maintenance schedules or a safe and acceptable maintenance program;
    8)     Failing to use or supply safety equipment that would either prevent wheels from coming off or using safety equipment that would warn the operator the wheel was loose; and
    9)     Other acts and/or omissions of negligence and fault which will be proven at trial.

13.

Timber Transport, LLC should have known of the dangers presented by the wheels coming off the trailers and of the risks of unsafe equipment in general, yet failed to take reasonable measures to avoid this incident.

**DAMAGES**

14.

Plaintiff, Heidi Ockman, itemizes her damages, which clearly exceed $75,000.00 exclusive of interest and costs, as follows and sues for amounts as are reasonable in the premises:

1) Physical injury and impairment of function;
2) Pain and suffering - past, present, and future;
3) Mental anguish - past, present, and future;
4) Loss of enjoyment of life - past, present, and future;
5) Loss of Wages and impairment of future earning capacity;
6) Permanent disability;
7) Out-of-pocket losses and damages of plaintiff; and
8) Doctor, medical, hospital, and pharmaceutical expenses - past, present and future.

15.

Plaintiff is entitled to and prays for trial by jury on all issues triable by jury.

WHEREFORE, Plaintiff, **Heidi Ockman**, prays for trial by jury, judgment in her favor and against Timber Trucking, LLC and Darryl Marshall, in a reasonable amount in the premises, plus legal interest thereon from date of judicial demand until paid, for all costs of these proceedings, and all other general and equitable relief as allowed by law.

By attorneys:

| | |
|---|---|
| **PARKER LAYRISSON LAW FIRM**<br>J. Parker Layrisson (Bar Roll No. 28120)<br>Meghan E. Notariano (Bar Roll No. 37248)<br>P.O. Box 1860<br>200 E. Hickory Street<br>Ponchatoula, LA 70454<br>Phone: (985) 467-9525<br>Fax:    (985) 247-8214<br>parker@layrisson.com<br>meghan@layrisson.com<br>file@layrisson.com | s/Darrel J. Papillion<br>Darrel J. Papillion (#23243)<br>Renee C. Crasto (#31657)<br>Jennifer Wise Moroux (#31368)<br>**WALTERS, PAPILLION,<br>THOMAS, CULLENS, LLC**<br>12345 Perkins Road, Building One<br>Baton Rouge, LA 70810<br>Phone: (225) 236-3636<br>Fax: (225) 236-3650<br>Email: papillion@lawbr.net<br>           crasto@lawbr.net<br>           jmoroux@lawbr.net<br><br>*Counsel for Plaintiff Heidi Ockman* |